JOHNSON, Respondent, v. ROACH, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Mary M. Johnson, as administratrix, against Edward Roach. I. N. Tuttle, for appellant. J. M. Kaffe, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

McLAUGHLIN, J., dissents.

JOHNSTOWN MIN. CO., Appellant, v. MORSE, Respondent (two cases). (Supreme Court, Appellate Division, First Department. May 6, 1904.) Actions by the Johnstown Mining Company against E. Rollins Morse. J. Canter, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KANE et al., Appellants, v. ROSE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Thomas Kane and others against C. Gunther Rose and others. No opinion. Judgment affirmed, with costs.

KEYES, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by George F. Keyes against C. Walter Smith and another. No opinion. Judgment affirmed, with costs.

KIMBALL, Respondent, v. KIMBALL, Appellant. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Sadie Kimball, as administratrix, etc., against George P. Kimball.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, J., not voting.

KINNEALLY, Respondent, v. PEOPLE, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) In the matter of the petition of Michael Kinneally against the people of the state of New York.

PER CURIAM. This motion to dismiss appeal should be denied, on condition that the Attorney General perfect and serve the appeal papers within five days, in which event the case may be placed at the foot of the calendar; otherwise, the motion should be granted, with costs.

KLINGER, Respondent, v. UNITED TRACTION CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Daniel Klinger, Jr., against the United Traction Company and the Schenectady Railway Company. No opinion. Motion denied.

KNAEAGH, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. May 19, 1904.) Action by Edward Knaeagh against the Interurban Street Railway Company. From a Municipal Court

judgment in favor of plaintiff, defendant appeals. Reversed. Henry W. Goddard and William E. Weaver, for appellant. Fleischman & Fox, for respondent.

PER CURIAM. There is no evidence in this case that shows or tends to show that the person in charge of plaintiff's property at the time of the accident was free from negligence, or that the defendant was negligent. Judgment is reversed, and new trial ordered, with costs to the appellant to abide the event.

KOMP, Respondent, v. RAYMOND, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Frederick Komp against James J. Raymond. J. L. Hill, for appellant. J. S. Epstein, for respondent. No opinion. Judgment and order affirmed, with costs.

KUELLING v. RODERICK LEAN MFG. CO. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Rinehart Kuelling against the Roderick Lean Manufacturing Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for defendant upon the nonsuit, on the authority of same case, reported 88 App. Div. 309, 84 N. Y. Supp. 622.

WILLIAMS, J., dissents.

LACEY v. LACEY. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Harriet Lacey against Frederick F. Lacey. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

LAING, Appellant, v. CORN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by David Laing against Henry Corn and others. G. H. Taylor, for appellant. J. W. McElhinny, for respondents. No opinion. Judgment affirmed, with costs.

LANSING v. ECKER. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Gerrit Y. Lansing against Jerome W. Ecker. No opinion. Motion granted, with $10 costs.

LAUTZ et al., Respondents, v. SHAW et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Amalia E. Lautz and another against Charles F. Shaw and others. No opinion. Motion granted, unless within five days the appellants sign the stipulation proposed and presented upon this motion by the respondents' attorneys.

LAY et al., Respondents, v. DOYLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by William Lay and others against Michael Doyle. No opinion. Judgment and order affirmed, with costs.